Form B6 SUM (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

In re: Katlowitz, Robert
     Katlowitz, Neena, Slavin

Debtor(s)   Case No.
Chapter

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 800000.00 | | |
| B - Personal Property | x | 5 | 35825.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 550000.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 7460.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 3 | | 331,440.91 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 13222.78 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 12468.50 |
| Total Number of Sheets of All Schedules | | 16 | | | |
| Total Assets | | | 835825.00 | | |
| Total Liabilities | | | | 888900.91 | |

Form B6, S2, (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
## EASTERN District Of NEW YORK

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin

Debtor(s)

Case No.

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 7,460.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 7,460.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $ 13,222.78 |
| Average Expences (from Schedule J, Line 18) | $ 12,468.50 |
| Current Monthly Income (from Form 22A Line 12; OR Form 22B Line 11; OR, Form 22C Line 20) | $ 14,654.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 7,460.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 331,440.91 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ 331,440.91 |

The foregoing information is for statistical purposes only under 28 U.S.C § 159.

Form B6 A (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin

Debtor(s) Case No. _____ (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residential real estate located on that piece or parcel of land known as 45 The Birches, Roslyn Estates, NY 11576 | Fee simple | J | 800,000.00 | 550,000.00 |
| | | Total -> | $800,000.00 | (Report also on Summary of Schedules) |

Form B6 B (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin               Debtor(s)    Case No.              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | Cash on Hand | J | 100.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | HSBC Checking Account No. 136-72077-3 | J | 3,000.00 |
| | | Chase Manhattan Bank Account #965473077 | H | 3,000.00 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | Miscellaneous household furniture | J | 4,000.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | | Miscellaneous Clothing | J | 200.00 |

Form B6 B (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    10,300.00

_____ Continuation sheets attached

Form B6 B (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                    Debtor(s)    Case No. _____ (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 07 Furs and jewelry. | | 26 year old fur coat | W | 150.00 |
| 08 Firearms and sports photographic and other hobby equipment. | | 3 old sets of golf clubs | H | 75.00 |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | | Charles Schwab IRA, Account No. 6437-5076 | H | 25,000.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    35,525.00

_____ Continuation sheets attached

Form B6 B (12/07)     BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                                    Debtor(s)    Case No.            (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | | NSK 100% interest in Nambe Sales and Consulting LLC, a corporation through which Neena S. Katlowitz operates a service business. | W | 0.00 |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |

Form B6 B (12/07)     BlumbergExcelsior, Inc., Publisher, NYC 10013

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    35,525.00

_____ Continuation sheets attached

Form B6 B (12/07)     BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                           Debtor(s)    Case No.              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |

Form B6 B (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    35,525.00

_____ Continuation sheets attached

Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                    Debtor(s)   Case No. _____ (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25 Automobiles trucks trailers and other vehicles and accessories. | | All automobiles are leased | J | 0.00 |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | | Desk and Computer | W | 300.00 |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   35,825.00

_____ Continuation sheets attached

Form B6 C (04/10)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin

Debtor(s)   Case No. _____ (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   [X] Check if debtor claims a homestead exemption that exceeds $146,450

[X] 11 U.S.C. § 522(b)(2)

[ ] 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residential real estate located on that piece or parcel of land known as 45 The Birches, Roslyn Estates, NY 11576 | CPLR 5206 | 300,000.00 | 800,000.00 |
| Cash on Hand | NY Dr & Cr 283(2) | 100.00 | 100.00 |
| HSBC Checking Account No. 136-72077-3 | NY Dr & Cr 283(2) | 3,000.00 | 3,000.00 |
| Miscellaneous household furniture | 11 U.S.C. 522, NY Dr & Cr 282, CPLR 5205(5) | 4,000.00 | 4,000.00 |
| Miscellaneous Clothing | 11 U.S.C. 522, NY Dr & Cr 282, CPLR 5205(5) | 200.00 | 200.00 |
| 3 old sets of golf clubs | 11 U.S.C. 522, NY Dr & Cr 282 | 75.00 | 75.00 |
| 26 year old fur coat | 11 U.S.C. 522, NY Dr & Cr 282, CPLR 5205(5) | 150.00 | 150.00 |
| Desk and Computer | 11 U.S.C. 522, NY Dr & Cr 282, CPLR 5205(7) | 300.00 | 300.00 |
| Charles Schwab IRA, Account No. 6437-5076 | 11 U.S.C. 522(d)(12) | 25,000.00 | 25,000.00 |
| Chase Manhattan Bank Account #965473077 | NY Dr & Cr 283(2) | 3,000.00 | 3,000.00 |

Form B6 D (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                    Debtor(s)    Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 2380797 HSBC Bank USA, N.A. P.O. Box 2013 Buffalo, NY 14240 | | J | VALUE $ 800,000.00 Mortgage on 45 The Birches, Roslyn NY 11576 | 400,000.00 | 0.00 | |
| A/C # 4272489 HSBC Bank, N.A. P.O. Box 2013 Buffalo, NY 14240 | | J | VALUE $ 800,000.00 Home Equity Line of Credit on 45 The Birches, Roslyn Estates, NY 11576 | 150,000.00 | 0.00 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

|  | Subtotal -> (Total of this page) | 550,000.00 | 0.00 |
|---|---|---|---|
|  | Total -> | 550,000.00 | 0.00 |

___ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)    (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 E (04/10)   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
       Katlowitz, Neena, Slavin                     Debtor(s)  Case No.                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C# <br> Internal Revenue Service <br> Internal Revenue Service <br> Insolvency Mail <br> P.O. Box 21126 <br> Philadelphia, PA 19114 | | H | | 5,872.00 | 5,872.00 <br> 0.00 | |
| A/C# <br> NYS Dept of Taxation <br> NYS Dept of Taxation <br> Bankruptcy Section <br> P.O. Box 5300 <br> Albany, NY 12205-0300 | | H | | Total -> 1,588.00 | 1,588.00 <br> Total -> 0.00 | |
| | | | Subtotal -> (Total of this page) | 7,460.00 | 7,460.00 <br> 0.00 | |
| | | | Total -> | 7,460.00 | 7,460.00 <br> Total -> 0.00 | |

Continuation Sheets attached.

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)

(Use only on last page of the completed Schedule E.)
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 F (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
      Katlowitz, Neena, Slavin                    Debtor(s)    Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Alec Messing<br>4576 White Cedar Lane<br>Delray Beach, FL 33445 | | H | Judgment | | 200,000.00 |
| 371066087302008<br>American Express Travel S<br>c/o Mel S. Harris & Assoc<br>116 John Street<br>Suite 1510<br>New York, NY 10038 | | W | Judgment | | 6,554.13 |
| 26170235<br>Arrow Financial Services<br>c/o Capital Mgmt Svcs LP<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 | | W | Outstanding credit card debt. | | 1,026.98 |
| 7679<br>Capital One<br>c/o Foster & Garbus LLP<br>P.O. Box 9030<br>Commack, NY 11725-9030 | | H | Outstanding credit card debt | | 1,589.85 |
| First PREMIER Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | | H | Outstanding credit card debt | | 492.00 |
| 440281848<br>GMAC<br>c/o Oxford Managment Svcs<br>CS 9018<br>Melville, NY 11747 | | H | Mileage overage on leased vehicle | | 3,305.96 |

X ___ continuation sheets attached.

Subtotal  $ 212,968.92
Total     $ 212,968.92

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

 Form B6 F (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1882<br>HSBC Card Services<br>P.O. Box 49352<br>San Jose, CA 95161-9352 | | H | Outstanding credit card debt | | 521.30 |
| Household Bank<br>c/o HSBC<br>P.O. Box 49352<br>San Jose, CA 95161-9352 | | H | Outstanding credit card debt | | 500.00 |
| Interlink, Inc d/b/a Salut<br>405 Park Avenue<br>15th Floor<br>New York, NY 10022 | | W | Judgment personally against Co-Debtor Neena Katlowitz for debt of former business | | 60,000.00 |
| n/a<br>Rosenfeld & Maidenbaum LL<br>132 Spruce Street<br>Cedarhurst, NY 11516 | | W | Outstanding legal fees | | 2,375.85 |
| Thomas Torto, Esq.<br>419 Park Avenue S # 504<br>New York, NY 10016 | | J | Legal Fees | | 45,000.00 |
| 0001<br>Toyota Motor Credit Corp.<br>c/o Central Credit Servic<br>P.O. Box 15118<br>Jacksonville, FL 32239-51 | | H | overage/past due lease payments | | 6,574.84 |

X ___ continuation sheets attached.

Subtotal $ 114,971.99

Total $ 327,940.91

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 F (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                    Debtor(s)            Case No. _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Ultimate Swimming Pools<br>10 Harvard Street<br>Roslyn Heights, NY 11577 | | J | Swimming pool maintenence bill | | 3,500.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

Subtotal $ 3,500.00

Total $ 331,440.91

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 G (12/07) — BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                    Debtor(s)    Case No. _____ (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[x] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6 G (12/07) — BlumbergExcelsior, Inc., Publisher, NYC 10013

Form B6 H (12/07)          BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert                                                Debtor(s)   Case No.           (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Neena S Katlowitz<br>45 The Birches<br><br>Roslyn Estates NY 11576 | |

Form B6 H (12/07)          BlumbergExcelsior, Inc., Publisher, NYC 10013

Case 8-12-74968-ast    Doc 3    Filed 08/14/12    Entered 08/14/12 16:59:35



Form B6 I (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin

Debtor(s)   Case No.   (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP | AGE |
|  |  |  |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Executive | Consultant |
| Name of Employer | Joe Monani Fish Co., Inc. | NAMBE Sales and Consulting |
| How long employed |  |  |
| Address of Employer | 800 Food Center Drive, Unit 60, Bronx, NY 10474 | 45 The Birches, Roslyn Estates, NY 11576 |

INCOME: (Estimate of average monthly income at time case filed)     DEBTOR     SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | 7000.00 | 0.00 |
| 2. Estimate monthly overtime | 0.00 | 0.00 |
| 3. SUBTOTAL | 7000.00 | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 1431.72 | 0.00 |
| b. Insurance | 0.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1431.72 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5568.28 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 4654.50 |
| 8. Income from real property | 0.00 | 0.00 |
| 9. Interest and dividends | 0.00 | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| 11. Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| 12. Pension or retirement income | 0.00 | |
| 13. Other monthly income (Specify) Monthly bonus | 3000.00 | 0.00 |
| | | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 8568.28 | $ 4654.50 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 13222.78 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

 Form B6 J (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Katlowitz, Robert
Katlowitz, Neena, Slavin                           Debtor(s)  Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The monthly average income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

1. Rent or home mortgage payment (include lot rented for mobile home)                                    $   6200.00
   a. Are real estate taxes included? ☒ Yes ☐ No    b. Is property insurance included? ☐ Yes ☒ No
2. Utilities  Electricity and Heating Fuel                                                                    700.00
   b. Water and Sewer                                                                                          30.00
   c. Telephone                                                                                               300.00
   d. Other
       Telephone includes cable/internet

3. Home maintenance (repairs and upkeep)                                                                      500.00
4. Food                                                                                                       800.00
5. Clothing                                                                                                   850.00
6. Laundry and dry cleaning                                                                                   100.00
7. Medical and dental expenses                                                                                600.00
8. Transportation (not including car payments)                                                                400.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                           150.00
10. Charitable contributions                                                                                  150.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                                245.00
    b. Life                                                                                                     0.00
    c. Health                                                                                                   0.00
    d. Auto                                                                                                   312.50
    e. Other

12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) Internal Revenue Service                                                                        490.00
              NYS Dept of Taxation                                                                            130.00
13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                                   511.00
    b. Other
    c. Other
        (n.b.: Auto=lease payments)

14. Alimony, maintenance, and support paid to others                                                            0.00
15. Payments for support of additional dependents not living at your home                                       0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)
17. Other

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and,                                    $  12468.50
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year
    following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from line 15 of Schedule I                                                    13222.78
    b. Average monthly expenses from Line 18 above                                                          12468.50
    c. Monthly net income (a. minus b.)                                                                       754.28